AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

SHAWN MICHAEL THOMAS,

     Petitioner,                    JUDGMENT IN A CIVIL CASE
 V.

CASE NUMBER: **3:10-CV-00593-LRH-RAM**

GREGORY SMITH, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice as untimely.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

   January 25, 2011                              **LANCE S. WILSON**
                                                                      Clerk

                                                                       /s/ D. R. Morgan
                                                                         Deputy Clerk